## FEROLIO *v.* WARDEN OF MARYLAND PENITENTIARY

[P. C. No. 45, September Term, 1959.]

*Decided November 24, 1959.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

This application for leave to appeal from the denial of relief under the provisions of the Uniform Post Conviction Procedure Act [Code (1959 Cum. Supp.), Art. 27, secs. 645A-645J], after a hearing at which the petitioner was represented by privately employed counsel, is denied for the reasons set out in detail in the well considered opinion of Judge Sodaro.

*Application denied.*